```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
SICHENZIA ROSS FERENCE LLP,
                                              20-cv-9811 (JGK)
                    Plaintiff,
                                              ORDER
        - against -

DIGITAL POWER CORPORATION, ET AL.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

    The plaintiff will file an amended complaint by January 25, 2021.  The Court has referred the case to the mediation panel.  The parties should report back to the Court on the status of the case within 7 days after the conclusion of mediation.  The defendants' time to move or answer is extended to 14 days after the conclusion of the mediation.  If the defendants file a motion, no pre-motion conference is necessary.  The time to respond to a motion to dismiss is 14 days, and the time to reply is 7 days.  If the defendants file an answer, the parties should submit a 26(f) report within 14 days after the answer is filed.

    The defendants' motion for a more definitive statement is denied as moot.  The Clerk is directed to close docket No. 14.

**SO ORDERED.**

Dated:   New York, New York
         January 12, 2021

                                                 /s/ John G. Koeltl
                                                John G. Koeltl
                                      United States District Judge